No. 72. EX PARTE SUCESIÓN AMILL, PETICIONARIO.—Expediente sobre cancelación de la fianza notarial hipotecaria constituída para garantir al Notario Don Luis Campilló Abrams, originado en la Corte de Distrito de San Juan, Sección 1ª. Resuelto en agosto 14, 1914. Decretada la cancelación de la fianza notarial hipotecaria constituída por Don Antonio Amill Oramas por escrituras de 15 y 31 de marzo de 1902, otorgadas en la ciudad de Mayagüez ante el Notario Don Ramón Quiñones. La parte peticionaria compareció por escrito en nombre propio.

No. 17. EX PARTE GUZMÁN, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company el 8 de septiembre de 1914 para garantir las funciones notariales del abogado Don José de Guzmán Benítez. Resuelto en septiembre 10, 1914. Aprobada dicha fianza. El peticionario compareció por escrito en nombre propio.

No. 156. IN RE ANTONSANTI, NOTARIO PÚBLICO.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 357 otorgada por dicha Compañía el 6 de abril de 1910, para garantir las funciones notariales del abogado Don Frank Antonsanti. Resuelto en septiembre 16, 1914. Se da por terminada dicha fianza a partir del 10 de noviembre de 1914. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.